# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**400**

**CA 11-01973**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, AND SCONIERS, JJ.

---

LYNN STOCK, INDIVIDUALLY AND AS ADMINISTRATRIX
OF THE ESTATE OF DALE MCGLEN, DECEASED,
PLAINTIFF-RESPONDENT,

                    V                                        ORDER

DENNIS DALY, M.D. AND LORETTO HEALTH AND
REHABILITATION CENTER, DEFENDANTS-APPELLANTS.

---

SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (LAWRENCE SOVIK OF
COUNSEL), FOR DEFENDANTS-APPELLANTS.

DINKES & SCHWITZER, P.C., NEW YORK CITY (LEIGH BERNSTEIN OF COUNSEL),
FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered May 3, 2011. The order, inter alia, denied the motion of defendants to preclude plaintiff from offering expert testimony and granted the cross motion of plaintiff to have the case marked off the calendar for restoration within one year.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  June 8, 2012                          Frances E. Cafarell
                                                Clerk of the Court